CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest Administrative corporation, formerly known as Carpenters Southern California Administrative corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, a California non-profit corporation,<br><br>Judgment Creditor,<br><br>v.<br><br>DAVID JEFF BROSE, an individual doing business as BROSE CONSTRUCTION,<br><br>Judgment Debtor (s) | CASE NO. CV 95-3193 RSWL (VAPx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK |

The judgment debtor, DAVID JEFF BROSE, an individual doing business as BROSE CONSTRUCTION, ("DEFENDANT"), having judgment entered against DEFENDANTS on August 15, 1995 and renewed on May 10, 2002 and on June 29, 2009;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to CSAC.

Judgment against DEFENDANT is hereby renewed in the amount of $6,419.06 and for injunctive relief and CSAC shall recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---|
| a. | Principal | $ | 2,962.38 |
| b. | Judgment interest | $ | 302.10 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees | $ | 496.24 |
| Subtotal (Judgment as entered) | | $ | 3,760.72 |
| e. | Less credits after judgment | $ | 0.00 |
| f. | Interest after judgment computed from August 15, 1995 through May 6, 2002 at 5.7% ($0.60 per day) | $ | 1,442.16 |
| g. | Subtotal | $ | 5,202.88 |
| h. | Costs after judgment | $ | 0.00 |
| Subtotal (Renewal as entered) | | $ | 5,202.88 |
| i. | Less credits after judgment | $ | 0.00 |
| j. | Interest after judgment computed from May 10, 2002 through June 23, 2009 at 5.7% ($0.39 per day) | $ | 918.67 |
| k. | Subtotal | $ | 6,121.55 |
| l. | Costs after judgment | $ | 0.00 |
| Subtotal (Renewal as entered) | | $ | 6,121.55 |
| m. | Less credits after judgment | $ | 0.00 |
| n. | Interest after judgment computed from June 29, 2009 through June 14, 2019 at 0.48% ($0.08 per day) | $ | 297.51 |

////

////

| | | | |
|---|---|---|---|
| o. | Subtotal | $ | 6,419.06 |
| p. | Costs after judgment | $ | 0.00 |
| GRAND TOTAL | | $ | 6,419.06 |

DATED: July 1, 2019

DEPUTY CLERK

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: ______________________
CASEY JENSEN
Attorneys For Judgment Creditor

KIRY K. GRAY, Clerk of Court